UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STERLING HAMILTON, §<br>*Plaintiffs* §<br>§<br>v. §<br>§ No.  1-21-CV-00700-DH<br>STATE FARM COUNTY MUTUAL §<br>INSURANCE COMPANY OF §<br>TEXAS AND URIEL CASTANEDA- §<br>CORNEJO, §<br>*Defendants* § | |

## ORDER

Before the Court is the above styled cause of action. On July 21, 2023, the parties filed a Joint Stipulation of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), Dkt. 69. Accordingly, **IT IS ORDERED** that the case is **CLOSED.** Each party shall bear their own court costs, fees, and expenses.

SIGNED August 2, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1